UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 MAR 12 PM 3: 57

BY_____ /kk

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRUNO REYES-SOLANO,

        Defendant.

CASE NO. 09CR652-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, or;

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8:1326 (a) and (b)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/12/09

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____